B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,                    Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____                _____
             Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): _____
should be sent:                                             Amount of Claim: _____
                                                            Date Claim Filed: _____


Phone: _____                Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___*Thomas Braziel*_____        Date:_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

      For value received, the sufficiency of which is hereby acknowledged, **Scott Taylor** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **Winland Credit Partners LLC** ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No. 738** (the "Proof of Claim") filed against **Vitamin World, Inc.** (the "Debtor") in the amount of **$1,120.00** in *In re Vitamin World, Inc.* **(Case No. 17-11933)** pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

      IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 9, 2018.

                                                   **Scott Taylor**

                                                   By: *[signature]* (13, 2018)
                                                 Name: Scott Taylor
                                                 Title: Store manager