**Exhibit C**

**Administrative Claims**

**Administrative Claims**

| Admin Claim Party | Amount |
|---|---:|
| ACCOUNTING PRINCIPLES INC-IL | 2,944.24 |
| ADH HEALTH PRODUCTS, INC.-PRIMARY | 15,048.58 |
| ADVANCED COMPUTER SERVICES,INC.-ADVANCED C-PRIM | 21,126.81 |
| ADVANTAGE IMAGING SUPPLY, INC. | 1,825.95 |
| ALL STATES NIAGARA SERVICES-ALL STATES INC | 45.44 |
| ALLEGIS GROUP HOLDINGS, INC. DBA TEKSYSTEMS, INC. | 9,600.00 |
| ARCHON VITAMIN LLC | 2,115.36 |
| BUFF BAKE, LLC.-PRIMARY | 98.64 |
| COMBINED TECHNOLOGIES, INC | 1,362.12 |
| CONTRACT PHARMACAL CORP.-PRIMARY | 75,000.00 |
| CORPORATE MALL SERVICES, INC.-PRIMARY | 42.80 |
| DAS LABS LLC | 1,760.92 |
| DELUXE SMALL BUSINESS SALES, INC | 997.19 |
| E.C. WASTE INC.-WASTE MANA-PRIM | 615.39 |
| ELM SERVICES LLC-PRIMARY | 126.50 |
| FIREPRO CORP.-FIRESERV-PRIM | 1,993.67 |
| FRONTSTREET FACILITY SOLUTIONS, INC.-PRIMARY | 23,088.97 |
| FUTUREBIOTICS, LLC-PRIMARY | 4,060.80 |
| GARDEN OF LIFE, LLC | 972.85 |
| GENEXA | 5,959.20 |
| GLOBAL HEALTH LABORATORIES LLC | 2,648.41 |
| GLOBAL MAIL, INC.-DHL GLOBAL-GA | 525,000.00 |
| GTT COMMUNICATIONS, INC. | 8,990.95 |
| ITS TRAFFIC SYSTEMS, INC.-PRIMARY | 57,257.80 |
| LITTLER MENDELSON P.C.-PRIMARY | 26.07 |
| MARK MONITOR, INC.-PRIMARY | 990.00 |
| MICROSOFT LICENSING GP | 11,851.08 |
| MICROSOFT ONLINE INC.-MICROSOFT -PRIM | 1,034.33 |
| MODERN DISPOSAL SERVICES-MODERN DIS-PRIM | 37.80 |
| NEOCELL CORPORATION | 33,684.00 |
| NUTREX RESEARCH, INC | 5,061.29 |
| OLYMPIC COMPACTOR RENTAL, INC.-OLYMPIC MA-TX | 44.00 |
| ORKIN LLC | 377.36 |
| PRESIDIO NETWORKED SOLUTIONS, INC | 15,917.91 |
| SIGNMASTERS INC.-PRIMARY | 4,167.30 |
| SUNFOOD CORPORATION-PRIMARY | 3,195.60 |
| TRIANGLE SIGN & SERVICE, LLC | 1,834.48 |
| UPS FREIGHT-PRIMARY | 2,145.89 |
| YAHOO HOLDINGS, INC PRIMARY | 35.40 |
| **TOTAL ADMIN CLAIMS** | **$843,085.10** |

| 503B9 Amounts | |
|---|---:|
| **Vendor** | **Amount** |
| DAS Labs LLC | 77,963.84 |
| Inland Printing Co. Inc. | 2,256.00 |
| Dymatize Enterprises, LLC | 24,960.94 |
| Cedar Glade LP As Transferee Of Irwin Naturals | 14,156.76 |
| Prince Of Peace Enterprises, Inc | 11,992.04 |
| Wellgenix LLC | 13,745.05 |
| BNG Enterprises, Inc | 13,299.72 |
| CRG Financial LLC As Transferee Of Fusion Diet Systems Inc. | 5,036.16 |
| CRG Financial LLC (As Assignee Of Genaro Mojica Negron-Mojica Air) | 3,986.90 |
| CRG Financial LLC As Transferee Of US International Trading Corp | 2,544.48 |
| RR Donnelley | 562.13 |
| **TOTAL 503B9 CLAIMS** | **170,504.02** |