# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Vitamin World, Inc., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-11933 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Re: Doc. No. 969**<br>) |

## ORDER GRANTING, IN PART, DEBTORS' MOTION PURSUANT TO SECTIONS 105(a), 305(a), 349 AND 1112(b) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER (A) APPROVING PROCEDURES FOR THE DISTRIBUTION OF CERTAIN FUNDS, (B) DISMISSING THE DEBTORS' CHAPTER 11 CASES, AND (C) GRANTING CERTAIN RELATED RELIEF

Pursuant to the *Debtors Motion Pursuant to Sections 105(a), 305(a), and 1112(b) of the Bankruptcy Code (A) Approving Procedures for the Distribution of Certain Funds, (B) the Dismissal of the Debtors' Chapter 11 Cases, and (C) Granting Certain Related Relief* (the "Motion"),[2] as such Motion was modified on the record at the hearing on July 9, 2018 (the "Hearing"), it is **ORDERED**:

1. The Motion, as modified on the record at the Hearing, is GRANTED.

2. The distribution scheme and procedures proposed in the Motion, as modified at or before the Hearing, are hereby approved.

3. The Debtors shall establish the Wind Down Reserve; with the funds in the Wind Down Reserve to be used exclusively as set forth in the Motion.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vitamin World, Inc. (2283); VWRE Holdings, Inc. (8915); VW Interholdings, Inc. (4744); VW Online, Inc. (8763); Precision Engineered Limited (USA) (0916); Vitamin World (V.I.), Inc. (9839); Vitamin Depot, LLC (6747); Vitamin World of Guam, LLC (2056); and Nutrition Warehouse, Inc. (5095). Debtors' mailing address is 4320 Veterans Highway, Holbrook, NY 11741.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.  The Debtors are authorized to pay the Administrative Expenses in the amounts set forth on **Exhibit A** attached hereto from the Wind Down Reserve.

5.  Each Professional retained in the Chapter 11 Cases shall (a) by July 31, 2018, file a final fee application (a "<u>Final Fee Application</u>") for (a) Professional Fees and expenses incurred from the Petition Date up to and including July 30, 2018, and (b) estimated Professional Fees and expenses that are expected to be incurred through August 31, 2018. The Final Fee Applications shall be in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 228]. Any objections to the Final Fee Applications shall be filed and served on counsel for the Debtors and the Professional submitting the application to which an objection is being filed by August 17, 2018 at 4:00 p.m. (Eastern Time). The Court will hold a hearing, if necessary, on August 30, 2018 at 10:00 a.m. (Eastern Time), to resolve any disputes related to fee applications, or to address any questions or concerns of the Court regarding the same. On or prior to August 17, 2018 at 4:00 p.m. (Eastern Time) each Professional shall file and serve the U.S. Trustee, counsel to the Debtors and counsel to the Official Committee of Unsecured Creditors a notice including the Professional's actual fee and expense information for the period August 1, 2018 through August 16, 2018.

6.  The deadline for the Fee Examiner to (a) provide an Initial Report with respect to the Final Fee Applications shall be August 14, 2018 and (b) file a Final Report with respect to the Final Fee Applications shall be August 21, 2018 at 12:00 p.m. (Eastern Time). The deadline for Professionals to respond to the Initial Report shall be the date that is two (2) business days following the date that the Initial Report is provided to the affected Professional.

7. As soon as reasonably practicable following the completion of (a) the filing of all monthly operating reports for the Debtors, including the report for the month in which the case is to be closed (if required by the U. S. Trustee), (b) the payment of all quarterly fees due and owing in the Chapter 11 Cases to the Office of the U.S. Trustee pursuant to 28 U.S.C. § 1930, including those for the quarter in which the case is to be closed (the "**Quarterly Fees**"), and (c) the payment of Professional Fees and expenses approved on a final basis (to the extent applicable), the Debtors may file a certification (the "**Certification**") of counsel requesting entry of an Order dismissing the Chapter 11 Cases, which shall attach a form of order dismissing the Chapter 11 Cases. Among other things, the Certification should verify that (a) all monthly operating reports of the Debtors, including the report for the month in which the case is to be closed, have been filed (if required by the U.S. Trustee), (b) all Quarterly Fees in the Chapter 11 Cases have been paid in full, and (c) the Professional Fees incurred in the Chapter 11 Cases have been approved on a final basis (to the extent applicable) and paid as set forth in the Motion. The Certification shall indicate that it was provided to the U.S. Trustee before its filing, and shall indicate whether the U.S. Trustee concurs that all Quarterly Fees have been paid.

8. All distributions contemplated by the Motion, including the payment of Administrative Expenses and Professional Fees, shall be completed prior to the filing of the Certification.

9. The Certification shall be served only on the U.S. Trustee, and all entities that have requested notice pursuant to Bankruptcy Rule 2002, and no further notice regarding the dismissal of the Chapter 11 Cases shall be required.

10. Notwithstanding any provision of this Order to the contrary, the obligation of each Debtor to file monthly operating reports (if required by the U.S. Trustee) and to pay Quarterly Fees

3

to the U.S. Trustee shall continue until such Debtor's case is dismissed pursuant to the provisions of this Order.

11. To the extent applicable, Bankruptcy Rules 6004(h) and 6006(d) are waived and this Order shall be effective and enforceable immediately upon entry.

12. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 9, 2018
Wilmington, Delaware

_____
HON. KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE