B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE



In re Vitamin World, Inc.　　　　　　　　　　　　　　　Case No. 17-11933

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-LDP7 | JPMCC 2006-LDP7 Centro Enfield, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Matthew I. Kramer, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Dr., Suite 1500
Miami, FL 33133

Court Claim # (if known) 626

Amount of Claim: $61,260.92
Date Claim Filed: 2/6/18

Phone: (305) 455-9504
Last Four Digits of Acct #: _____

Phone: (305) 455-9504
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Matthew I. K*_____ Date: September 28, 2018
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.