UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF DELAWARE_____

In re Vitamin World, Inc. *et. al.*,                    Case No. 17-11933 (KJC)
Debtors                                                 Reporting Period: December 1, 2018 to December 10, 2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor                                     _____
                                                        Date

_____
Signature of Joint Debtor                               _____
                                                        Date

_____
Signature of Authorized Individual*                     12/10/18
                                                        _____
                                                        Date

Lawrence Perkins                                        CRO
Printed Name of Authorized Individual                   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

Vitamin World, Inc.
Debtors-In-Possession
MOR-1
for December 1, 2018 to December 10, 2018

Case No. 17-11933 (KJC)
Chapter 11

## CONSOLIDATING SCHEDULE OF RECEIPTS AND DISBURSEMENTS

In U.S. Dollars ($ in 000's)

| | Vitamin World, Inc. | VW Online, Inc. | Vitamin World of Guam, LLC | Vitamin World (VI), Inc. | VWRE Holdings, Inc. | Nutrition Warehouse, Inc. | VW Interholdings, Inc. | Vitamin Depot, LLC | Precision Engineering Limited | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | |
| Total Cash Receipts | - | - | - | - | - | - | - | - | - | - |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll & 401k | - | - | - | - | - | - | - | - | - | - |
| Merchandise | - | - | - | - | - | - | - | - | - | - |
| Rent & Occupancy | - | - | - | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - | - | - | - |
| Sales Tax | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditure | - | - | - | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - | - | - | - |
| TSA Fee | - | - | - | - | - | - | - | - | - | - |
| Marketing & Other Disbursements | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Professional Fees & Expenses | - | - | - | - | - | - | - | - | - | - |
| Executory Contract Cures | - | - | - | - | - | - | - | - | - | - |
| Stub Rent and Lease Cures | - | - | - | - | - | - | - | - | - | - |
| 503(B)(9) Claims | - | - | - | - | - | - | - | - | - | - |
| U.S. Trustee Fees | - | - | - | - | - | - | - | - | - | - |
| Interest & Financing Fees | - | - | - | - | - | - | - | - | - | - |
| Income Taxes | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Beginning Secured Loan Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Borrowings (Paydowns) | - | - | - | - | - | - | - | - | - | - |
| (Loan Paydown at Close) | - | - | - | - | - | - | - | - | - | - |
| **Ending Secured Loan Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Disbursement for Purposes of Calculating UST Fees** | | | | | | | | | | |
| Secured Loan Net Paydowns | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements | - | - | - | - | - | - | - | - | - | - |
| **Total UST Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total UST Disbursements - October | - | - | - | - | - | - | - | - | - | - |
| Total UST Disbursements - November | - | - | - | - | - | - | - | - | - | - |
| Total UST Disbursements - December | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements - Q4 2018** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Calculated Fees - Q4 2018** | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 0.325 | $ 2.925 |

FORM MOR-1
(04/07)

Vitamin World, Inc.                                                              Case No. 17-11933 (KJC)
Debtors-In-Possession                                                                        Chapter 11
MOR-1a
Bank Account Summary
As of December 10, 2018

### BANK RECONCILIATIONS
Continuation Sheet for MOR-1

In U.S. Dollars

| BANK | Bank Acct # (last 4 digits) | G/L Account | Bank Account | Entity | VW Inc. | VW Online | Consolidated |
|------|------|------|------|------|------|------|------|
| Wells Fargo | 7193 | 10191 | Corporate-cash utilities acct | Vitamin World, Inc. | 0 | 0 | 0 |
| Total Cash | | | | | $0 | $0 | $0 |

FORM MOR-1a
(04/07)

Vitamin World, Inc.
Debtors-In-Possession
MOR-1b
for December 1, 2018 to December 10, 2018

Case No. 17-11933 (KJC)
Chapter 11

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Payor | Check | | Amount Paid During Reporting Period | | | Total Amount Paid Filing-To-Date | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Number | Date | Fees | Expenses | Total | Fees | Expenses | Total |
| BAYARD, P.A. | | | | | 0.00 | 0.00 | 0.00 | 102,290.00 | 1,593.98 | 103,883.98 |
| JND CORPORATE RESTRUCTURING | | | | | 0.00 | 0.00 | 0.00 | 277,103.86 | 405,778.52 | 682,882.38 |
| SIERRACONSTELLATION PARTNERS, LLC | | | | | 0.00 | 0.00 | 0.00 | 24,503.75 | 0.00 | 24,503.75 |
| VERDOLINO & LOWRY, P.C. | | | | | 0.00 | 0.00 | 0.00 | 125,000.00 | 0.00 | 125,000.00 |
| BERKELEY RESEARCH GROUP, LLC | | | | | 0.00 | 0.00 | 0.00 | 408,833.55 | 674.67 | 409,508.22 |
| GORDON BROTHERS RETAIL PARTNERS, LLC | | | | | 0.00 | 0.00 | 0.00 | 92,000.00 | 245,183.53 | 337,183.53 |
| KATTEN MUCHIN ROSENMAN LLP | | | | | 0.00 | 0.00 | 0.00 | 709,550.90 | 22,819.62 | 732,370.52 |
| LOWENSTEIN SANDLER LLP | | | | | 0.00 | 0.00 | 0.00 | 658,461.15 | 6,309.62 | 664,770.77 |
| MACKINAC PARTNERS, LLC | | | | | 0.00 | 0.00 | 0.00 | 1,087,891.50 | 58,432.31 | 1,146,323.81 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 2,347.90 | 2,347.90 |
| RCS REAL ESTATE ADVISORS | | | | | 0.00 | 0.00 | 0.00 | 1,000,000.00 | 0.00 | 1,000,000.00 |
| SAUL EWING ARNSTEIN & LEHR LLP | | | | | 0.00 | 0.00 | 0.00 | 593,362.00 | 12,029.77 | 605,391.77 |
| SSG CAPITAL ADVISORS | | | | | 0.00 | 0.00 | 0.00 | 500,000.00 | 1,515.01 | 501,515.01 |
| WHITEFORD, TAYLOR & PRESTON, LLP | | | | | 0.00 | 0.00 | 0.00 | 126,507.17 | 2,636.93 | 129,144.10 |
| TOTAL PROFESSIONAL FEES AND EXPENSES | | | | | $ - | $ - | $ - | $ 5,705,503.88 | $ 759,321.86 | $ 6,464,825.74 |

FORM MOR-1b
(04/07)

In re Vitamin World, Inc.
Debtors-In-Possession
MOR-2
for December 1, 2018 to December 10, 2018

Case No. 17-11933 (KJC)
Chapter 11

## STATEMENT OF OPERATIONS
(Income Statement)

**REVENUES**
In U.S. Dollars ($ in 000's)

| | Vitamin World, Inc. | VW Online, Inc. | Vitamin World of Guam, LLC | Vitamin World (VI), Inc. | VWRE Holdings, Inc. | Nutrition Warehouse, Inc. | VW Interholdings, Inc. | Vitamin Depot, LLC | Precision Engineering Limited | Consolidated Debtor Entity | Cumulative Filing to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46,891 |
| **COST OF GOODS SOLD** | | | | | | | | | | | |
| Cost of Sales | - | - | - | - | - | - | - | - | - | - | 19,530 |
| Less: Adjustments and Discounts | - | - | - | - | - | - | - | - | - | - | 1,330 |
| COGS | - | - | - | - | - | - | - | - | - | - | 20,860 |
| **Gross Profit** | - | - | - | - | - | - | - | - | - | - | 26,031 |
| | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Total Operating Expenses (1) | - | - | - | - | - | - | - | - | - | - | 35,670 |
| | | | | | | | | | | | |
| **Net Income (Loss) Before Reorganization Items and Taxes** | - | - | - | - | - | - | - | - | - | - | (9,638) |
| | | | | | | | | | | | |
| **REORGANIZATION ITEMS** | | | | | | | | | | | |
| Legal Fees Non Recurring | - | - | - | - | - | - | - | - | - | - | 2,128 |
| Professional Fees - Non-Recurring Fees | - | - | - | - | - | - | - | - | - | - | 3,153 |
| Consulting Fees Non Recurring | - | - | - | - | - | - | - | - | - | - | 53 |
| U.S. Trustee Quarterly Fees | - | - | - | - | - | - | - | - | - | - | 303 |
| DIP Fees and Interest | - | - | - | - | - | - | - | - | - | - | 594 |
| Transaction Adjustments | - | - | - | - | - | - | - | - | - | - | (652) |
| Total Reorganization Expenses | - | - | - | - | - | - | - | - | - | - | 6,428 |
| **Net Profit (Loss) Before Taxes** | - | - | - | - | - | - | - | - | - | - | (16,067) |
| | | | | | | | | | | | |
| **OTHER INCOME AND EXPENSES** | | | | | | | | | | | |
| Income Tax | - | - | - | - | - | - | - | - | - | - | 177 |
| **Net Profit (Loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (15,395) |

Notes:
(1) Includes banking fees.

In re Vitamin World, Inc.
Debtors-In-Possession
MOR-3
for December 1, 2018 to December 10, 2018

Case No. 17-11933 (KJC)
Chapter 11

## CONSOLIDATING BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

In U.S Dollars ($ in 000's)

| | | | | BOOK VALUE AT END OF DECEMBER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | Vitamin World, Inc. | VW Online, Inc. | Vitamin Ward of Guam, LLC | Vitamin World (VI), Inc. | VWRE Holdings, Inc. | Nutrition Warehouse, Inc. | VW Interholdings, Inc. | Vitamin Depot, LLC | Precision Engineering Limited | Consolidated Debtor Entity | Pre-Petition | Post-Petition |
| Cash and Cash Equivalents | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | | |
| Disbursements Accounts | | | | | | | | | | | | |
| Accounts Receivable (1) | 113 | - | - | - | - | - | - | - | - | 113 | | |
| Credit Card Receivables | - | - | - | - | - | - | - | - | - | - | | |
| Inventory | - | - | - | - | - | - | - | - | - | - | | |
| Prepaids and Other Curr Assets | - | - | - | - | - | - | - | - | - | - | | |
| TOTAL CURRENT ASSETS | 113 | - | - | - | - | - | - | - | - | 113 | | |
| PPE, gross | - | - | - | - | - | - | - | - | - | - | | |
| PPE, accumulated depreciation | - | - | - | - | - | - | - | - | - | - | | |
| TOTAL PROPERTY & EQUIPMENT | - | - | - | - | - | - | - | - | - | - | | |
| Intangible Assets, Net | - | - | - | - | - | - | - | - | - | - | | |
| Intercompany | - | - | - | - | - | - | - | - | - | - | | |
| Due To/From USA | - | - | - | - | - | - | - | - | - | - | | |
| Security Deposits | - | - | - | - | - | - | - | - | - | - | | |
| TOTAL OTHER ASSETS | - | - | - | - | - | - | - | - | - | - | | |
| TOTAL ASSETS | $  113 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  113 | | |
| **LIABILITIES** | | | | | | | | | | | | |
| Accounts Payable | $  21,613 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | 21,613 | 21,132 | 480 |
| Accrued Payroll & Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Sales Tax Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventory Reserves | - | - | - | - | - | - | - | - | - | - | - | - |
| Goods Received Not Invoiced | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Workers Comp | - | - | - | - | - | - | - | - | - | - | - | - |
| Coupon Accrual | - | - | - | - | - | - | - | - | - | - | - | - |
| Customer Deposits / GC LiabNlity | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Taxes / Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Accrued Expenses & Liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL CURRENT LIABILITIES | 21,613 | - | - | - | - | - | - | - | - | 21,613 | 21,132 | 480 |
| Revolver | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Straight Line Rent | - | - | - | - | 9,565 | - | - | - | - | 9,565 | 9,565 | - |
| Other Liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL LONG TERM LIABILITIES | - | - | - | - | 9,565 | - | - | - | - | 9,565 | 9,565 | - |
| TOTAL LIABILITIES | 21,613 | - | - | - | 9,565 | - | - | - | - | 31,178 | 30,697 | 480 |
| TOTAL STOCKHOLDERS' EQUITY | (21,499) | - | - | - | (9,565) | - | - | - | - | (31,064) | - | - |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | $  113 | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  113 | | |

Notes:
(1) Includes potential tax repayments.

FORM MOR-3
(04/07)

In re Vitamin World, Inc.                                                    Case No. 17-11933 (KJC)
Debtors-In-Possession                                                                      Chapter 11
MOR-4
for December 1, 2018 to December 10, 2018

## STATUS OF POSTPETITION TAXES

**The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.**

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| In U.S. Dollars | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | - | | | | | - |
| FICA-Employer | - | The business was sold as a going concern on 1/19/18, all employees were | | | | - |
| Unemployment | - | terminated and all associated taxes paid. | | | | - |
| Income | - | | | | | - |
| Other:_____ | | | | | | |
| Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | | | | | - |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment - Employer | - | The business was sold as a going concern on 1/19/18, all employees were | | | | - |
| Unemployment - Employee | - | terminated and all associated taxes paid. | | | | - |
| Real Property - Employer | | | | | | |
| Personal Property - Employer | - | | | | | - |
| Other:_Local/School | - | | | | | - |
| Other:_Disability_____ | - | | | | | - |
| Total State and Local | - | - | - | | | - |
| **Total Taxes** | - | - | - | | | - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

| In U.S. Dollars | Current | Number of Days Past Due | | | Total |
|---|---|---|---|---|---|
| | | 0-30 | 31-60 | Over 60 | |
| Accounts Payable | 480,187 | N/A | N/A | N/A | 480,187 |
| Rent/Leases-Building | - | N/A | N/A | N/A | - |
| **Accounts Payable** | 480,187 | N/A | N/A | N/A | 480,187 |
| Accrued Sales Tax Payable | - | N/A | N/A | N/A | - |
| Income Taxes / Tax Reserve | - | N/A | N/A | N/A | - |
| **Total Postpetition Debts** | 480,187 | N/A | N/A | N/A | 480,187 |

FORM MOR-4
(04/07)

In re Vitamin World, Inc.                                      Case No. 17-11933 (KJC)
Debtors-In-Possession                                                      Chapter 11
MOR-5
for December 1, 2018 to December 10, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation ($ in 000's) | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 113 |
| - Amounts collected during the period | | - |
| + Additional VW Inc. Projected Collections | | - |
| Total Accounts Receivable at the end of the reporting period | $ | 113 |
| | | |
| **Accounts Receivable** | **Amount** | |
| 0 - 30 days old | | N/A |
| 31 - 60 days old | | N/A |
| 61 - 90 days old | | N/A |
| 91+ days old | | N/A |
| Total Accounts Receivable | $ | 113 |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | $ | 113 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |