IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Vitamin World, Inc., *et al.*,[1] | ) Case No. 17-11933 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket Nos. 969, 1019 and 1122 |
| | ) |

## ORDER DISMISSING CHAPTER 11 CASES

Pursuant to (I) the *Debtors' Motion Pursuant to Sections 105(a), 305(a), and 1112(b) of the Bankruptcy Code (A) Approving Procedures for the Distribution of Certain Funds, (B) the Dismissal of the Debtors' Chapter 11 Cases, and (C) Granting Certain Related Relief* [Docket No. 969] (the "Motion"); (II) the *Order Granting, In Part, Debtors' Motion Pursuant to Sections 105(a), 305(a), 349 and 1112(b) of the Bankruptcy Code For Entry of an Order (A) Approving Procedures for the Distribution of Certain Funds, (B) Dismissing the Debtors' Chapter 11 Cases, and (C) Granting Certain Related Relief* [Docket No. 1019] (the "Procedures Order");[2] and (III) the *Certification of Counsel Regarding Proposed Order Dismissing Chapter 11 Cases*; it is **ORDERED**:

1. Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the following Chapter 11 Cases are hereby dismissed:

| **DEBTOR** | **CASE NUMBER** |
|---|---|
| Vitamin World, Inc. | 17-11933 (KJC) |

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vitamin World, Inc. (2283); VWRE Holdings, Inc. (8915); VW Interholdings, Inc. (4744); VW Online, Inc. (8763); Precision Engineered Limited (USA) (0916); Vitamin World (V.I.), Inc. (9839); Vitamin Depot, LLC (6747); Vitamin World of Guam, LLC (2056); and Nutrition Warehouse, Inc. (5095).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion and/or the Procedures Order.

| | |
|---|---|
| VWRE Holdings, Inc. | 17-11934 (KJC) |
| VW Interholdings, Inc. | 17-11935 (KJC) |
| VW Online, Inc. | 17-11936 (KJC) |
| Precision Engineered Limited (USA) | 17-11937 (KJC) |
| Vitamin World (V.I.), Inc. | 17-11938 (KJC) |
| Vitamin Depot, LLC | 17-11939 (KJC) |
| Vitamin World of Guam, LLC | 17-11940 (KJC) |
| Nutrition Warehouse, Inc. | 17-11941 (KJC) |

2. Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in the Chapter 11 Cases shall survive the dismissal of the Chapter 11 Cases.

3. A copy of this Order shall be docketed in each of the Chapter 11 Cases.

4. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any order of this Court entered in these Chapter 11 Cases.

Dated: Dec 11, 2018
Wilmington, Delaware

HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

24716670.3_12/11/2018